## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **THOMAS WILLIAMS,** | ) | **CASE NO. 1:21CV1863** |
| | ) | |
| | ) | **SENIOR JUDGE** |
| Plaintiff, | ) | **CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **ORDER** |
| **MICHELLE HUNG, et al.,** | ) | |
| | ) | |
| **Defendants**. | ) | |

Following the Settlement Conference conducted on May 16, 2022, the parties reached a settlement of all claims, subject to the public approval process. Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

**IT IS SO ORDERED.**

Date: May 16, 2022

**/S/ Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**Senior U.S. District Judge**